UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OLLAR, GREGORY GRAY, BETHANY WILLIAMS, and JOHN McLAUGHLIN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　　Defendant. | No. 1:16-cv-00913-DAD-SKO<br><br>ORDER GRANTING STIPULATION TO STAY<br><br>(Doc. No. 22) |

Before the court is the parties' stipulation to stay proceedings in this case pending the resolution of a proposed consolidation of several related class actions pending in various jurisdictions. (Doc. No. 22.) Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to enter a stay in this case. Accordingly, all proceedings and deadlines in this matter are stayed until December 2, 2016, at which time the parties shall either: (1) file a joint status report informing the court as to the status of the ongoing efforts to consolidate the actions; or (2) voluntarily dismiss this case.

IT IS SO ORDERED.

Dated: __November 15, 2016__     _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1