UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OLLAR; GREGORY GRAY; BETHANY WILLIAMS; and JOHN McLAUGHLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware corporation,<br><br>Defendant. | No. 1:16-cv-00913-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 25) |

On December 2, 2016, plaintiffs filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 25.) Under Rule 41(a), a plaintiff may dismiss an action without a court order if he or she files "a notice or dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a)(1)(A)(i)–(ii). Here, defendant Electrolux Home Products, Inc. has not filed an answer or a motion for summary judgment, but has filed a motion to dismiss. (*See* Doc. No. 21.) "Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)." *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Miller v. Reddin*, 422 F.2d 1264, 1265 (9th Cir. 1970)). In light of this, this action

1

has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

    Accordingly, the court directs the Clerk of Court to close this case.  The pending motion to dismiss (Doc. No. 21) is dismissed as having been rendered moot by this order.  All court dates and deadlines previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: **December 5, 2016**

*[signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE